# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-0220
LT Case No. 16-2022-CA-3894

———————————————————

SKY ENTERTAINMENT, LLC,

    Appellant,

    v.

SKY ENTERTAINMENT
JACKSONVILLE, LLC,

    Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
G.L. Feltel, Jr., Judge.

Kenneth A. Tomchin, of Taylor, Day, Grimm & Boyd,
Jacksonville, for Appellant.

Beverly A. Pohl, of Nelson Mullins Riley & Scarborough LLP,
Boca Raton, and Alannah Shubrick, of Nelson Mullins Riley &
Scarborough LLP, Tallahassee, for Appellee.

April 14, 2026


PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____